STATE IN THE INTEREST OF M.J., A JUVENILE.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CRAIG PRISTELL.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DEWEY LOUIS INNOCENZI.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. AARON PETER HUFF.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY CHASAR.

September 6, 1989.

Petition for certification denied.